**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HENRY B. BERROCAL,** | § § § | |
| Petitioner, | § § | |
| vs. | § § | **CIVIL NO. SA-23-CV-1318-JKP** |
| **BEXAR COUNTY SHERIFF JAVIER SALAZAR,** | § § § § | |
| Respondent. | § | |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner Henry B. Berrocal's Writ of Habeas Corpus Under 28 U.S.C. § 2241, and further, denying a Certificate of Appealability.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability will not issue in this case.

SIGNED this 24th day of October, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE